# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MOHAMMED AND RUJI AHMED,

        Plaintiffs,        Case Number 15-11836
                                              Honorable Terrence G. Berg

v.

ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY,

        Defendant.
_____/

## ORDER OF DISMISSAL

On March 1, 2017, the Court was notified via email by counsel that the parties had reached a resolution in this matter. Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

**SO ORDERED**.

                                              s/Terrence G. Berg
                                              TERRENCE G. BERG
                                              UNITED STATES DISTRICT JUDGE

Dated:    March 1, 2017
             Flint, Michigan

## Certificate of Service

I hereby certify that this Order was electronically submitted on March 1, 2017 March 1, 2017 using the CM/ECF system, which will send notification to all parties.

                                              s/A. Chubb
                                              Case Manager